MARK S. POSARD (SBN: 208790)
I. HOOSHIE BROOMAND (SBN: 210206)
DANNY A. BARAK (SBN: 252066)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
mposard@grsm.com
hbroomand@grsm.com
dbarak@grsm.com

AARON F. SMEALL, *Pro Hac Vice*
SMITH SLUSKY, POHREN & ROGERS, LLP
8712 W. Dodge Road, Suite 400
Omaha, Nebraska 68114
Telephone: (402) 392-0101
asmeall@smithslusky.com

Attorneys for Plaintiff
ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN BROTHERS CONSTRUCTION, a California Corporation,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-00336-KJM-CKD<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

Having considered the parties stipulation, reviewing the proposed First Amended Complaint and finding good cause to file the same, IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave to file a First Amended Complaint pursuant to Fed.R.Civ.P 15(a)(2) for the purposes of specifically pleading the basis of this Court's jurisdiction as required by Fed.R.Civ.P 8(a)(1) and L.R. 204.

/////

2. Plaintiff shall file a First Amended Complaint within 7 days of the issuance of this Order.

IT IS SO ORDERED.

DATED: June 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE