MARK S. POSARD (SBN: 208790)
I. HOOSHIE BROOMAND (SBN: 210206)
DANNY A. BARAK (SBN: 252066)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
mposard@grsm.com
hbroomand@grsm.com
dbarak@grsm.com

AARON F. SMEALL, *Pro Hac Vice*
SMITH SLUSKY, POHREN & ROGERS, LLP
8712 W. Dodge Road, Suite 400
Omaha, Nebraska 68114
Telephone:  (402) 392-0101
asmeall@smithslusky.com

Attorneys for Plaintiff
ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN BROTHERS CONSTRUCTION, a California Corporation,<br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-00336-KJM-CKD<br><br>**JOINT REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date:　June 26, 2020<br>Time:　10:30 a.m. |

COME NOW the Parties, by and through their undersigned Counsel and hereby move the Court to Continue the Status (Pretrial Scheduling) Conference and, in support thereof, show the Court as follows:

1.　The Status (Pretrial Scheduling) Conference is presently set for June 26, 2020 at 10:30 a.m. (Filing #15, #26).

2.　There is presently pending before the Court Defendant's Rule 12 Motion to Dismiss (Filing #21) which may dispose of certain claims or defenses or otherwise narrow the

-1-

1  issues before the Court herein.

2      3.    Although the parties have continued to meet and confer as required by
3  Fed.R.Civ.P. 26 and L.R. 240, the contents of a Joint Status Report and Rule 26(f) Discovery
4  Plan will necessarily be impacted by the Court's rulings on Defendant's Motion to Dismiss.

5      4.    Further, Plaintiff and Defendant have stipulated to permit Plaintiff to amend its
6  Complaint herein and, upon such Amendment, Defendant will be required to file an Answer or
7  other responsive pleading thereto.

8      5.    This motion is not brought solely for purposes of delay or any other
9  impermissible purpose and the relief herein requested serves the interests of judicial economy so
10 that issues which may be mooted need not be presented to the Court in the Rule 26 Conference
11 and Report.

12     WHEREFORE, the Parties request this Court enter an Order continuing the Status
13 (Pretrial Scheduling) Conference to a date to be set approximately 30 days after the Court's
14 Ruling on Defendant's Motion to Dismiss.

16 Dated: June 1, 2020    GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ I. Hooshie Broomand*
Mark S. Posard
I. Hooshie Broomand
Danny A. Barak
Attorneys for Plaintiff ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY

22 Dated: June 1, 2020    SMITH SLUSKY, POHREN & ROGERS, LLP

By: */s/ Aaron F. Smeall (as authorized on June 1, 2020)*
Aaron F. Smeall, PHV
8712 W. Dodge Road, Suite 400
Omaha, Nebraska 68114
Attorneys for Plaintiff ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY

*Gordon Rees Scully Mansukhani, LLP*
*3 Parkcenter Drive, Suite 200*
*Sacramento, CA 95825*

-2-
JOINT REQUEST TO CONTINUE STATUS CONFERENCE
Case No. 2:20-cv-00336-KJM-CKD

Dated: June 1, 2020                               NAGELY, KIRBY, WINBERRY, LLP

                                        By:   */s/ James R. Kirby (as authorized*
                                              *on June 1, 2020)*
                                              James R. Kirby, II (SBN: 88911)
                                              Lanny T. Winberry (SBN: 85342)
                                              8801 Folsom Blvd, Suite 172
                                              Sacramento, CA 95826
                                              Attorneys for Defendant ROTH
                                              GRADING, INC. dba IMPACT
                                              ROLLER TECHNOLOGY

---

## ORDER

IT IS ORDERED that the Status (Pretrial Scheduling) Conference scheduled for June 26, 2020, is VACATED. The Status Conference will be reset, if necessary, upon resolution of the pending motion.

DATED: June 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE