James R. Kirby II [SBN: 88911]
**NAGELEY, KIRBY & WINBERRY, LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone No.:    (916) 386-8282
Facsimile No.:     (916) 758-8288
jkirby@nmlawfirm.com

Attorneys for Martin Brothers Construction, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTH GRADING, INC. dba IMPACT ROLLER TECHNOLOGY,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>MARTIN BROTHERS CONSTRUCTION, a California Corporation<br><br>                                    Defendant. | **Case No.: 2:20-cv-00336-KJM-CKD**<br><br>**JUDGMENT FOR ATTORNEY'S FEES**<br><br>**DATE:**<br>**TIME:**<br>**DEPT:**<br><br>**TRIAL DATE:** |

Pursuant to this Court's order entered February 10, 2022, ECF No. 52, judgment for attorney's fees in the amount of $71,279.43 is entered for Defendant Martin Brothers Construction, a California Corporation, against Plaintiff Roth Grading, Inc., dba Impact Roller Technology.

DATED: February 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE